# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| AVOMEEN HOLDINGS, LLC, a Delaware limited liability company, | Case No. 2:17-cv-13703-GAD-APP |
| Plaintiff/Counter-Defendant, | Hon. Gershwin A. Drain<br>Magistrate Anthony P. Patti |
| v. | |
| SHRI THANEDAR, an individual; and CHEMREAL LLC, a Michigan limited liability company, | **STIPULATED ORDER REGARDING CASE FACILITATION** |
| Defendants/Counter-Plaintiffs. | |

| | |
|---|---|
| HICKEY HAUCK BISHOFF & JEFFERS, PLLC<br>Patrick F. Hickey (P36648)<br>Benjamin W. Jeffers (P57161)<br>*Attorneys for Plaintiff*<br>One Woodward Avenue, Suite 2000<br>Detroit, Michigan 48226<br>(313) 964-8600<br>phickey@hhbjlaw.com<br>bjeffers@hhbjlaw.com | MATECUN, THOMAS & OLSON, PLC<br>Mark T. Butler (P39099)<br>Michael S. Thomas (P45341)<br>*Attorneys for Defendants*<br>43570 Garfield, Suite 101<br>Clinton Township, Michigan 48038<br>(586) 948-9318<br>mbutler@mtolaw.com<br>mthomas@mtolaw.com |
| PERKINS COIE LLP<br>Jon R. Buck<br>Kathleen A. Stetsko<br>*Co-Counsel for Plaintiff*<br>131 S. Dearborn Street, Suite 1700<br>Chicago, Illinois 60603-5559<br>(312) 324-5644<br>jbuck@perkinscoie.com<br>kstetsko@perkinscoie.com | |

## STIPULATED ORDER REGARDING CASE FACILITATION

Pursuant to the stipulation of the parties and the Court's Scheduling Order entered on February 5, 2018 (Dkt. #12), **it is hereby AGREED and ORDERED as follows:**

In accordance with Note 1 of the Court's Scheduling Order, the parties have agreed to a case facilitation in lieu of case evaluation. The case is therefore referred to a non-binding facilitation with Kenneth F. Neuman of Neuman, Anderson, Grieco, McKenney, P.C. The parties have scheduled the facilitation for October 17, 2018.

ENTERED on September 10, 2018

             s/Gershwin A. Drain
             U.S. District Court Judge

The parties, through their undersigned attorneys of record, hereby consent to the entry of this Stipulated Protective Order.

| HICKEY HAUCK BISHOFF & JEFFERS, PLLC | MATECUN, THOMAS & OLSON, PLC |
|---|---|
| */s/ Benjamin W. Jeffers* <br> Patrick F. Hickey (P36648) <br> Benjamin W. Jeffers (P57161) <br> Attorneys for Plaintiff <br> One Woodward Avenue, Suite 2000 <br> Detroit, MI 38226 <br> 313.964.8600 <br> phickey@hhbjlaw.com <br> bjeffers@hhbjlaw.com | */s/ Mark T. Butler* <br> Mark T. Butler (P39099) <br> Michael S. Thomas (P45341) <br> *Attorneys for Defendants* <br> 43570 Garfield, Suite 101 <br> Clinton Township, Michigan 48038 <br> (586) 948-9318 <br> mbutler@mtolaw.com <br> mthomas@mtolaw.com |

and

Perkins Coie LLP
Jon R. Buck
Kathleen A. Stetsko
Co-Counsel for Plaintiff
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
312.324.5644
jbuck@perkinscoie.com
kstetsko@perkinscoie.com